IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01971-MSK-BNB

WILLIAM R. BERG,

Petitioner,

v.

PHIL FOSTER, Warden ICIO and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

Respondents.
_____

**ORDER**
_____

This matter is before me on the following motions filed by the petitioner on August 30, 2007 (the "Motions"):

(1) **Motion for Appointment of Counsel** [Doc. #77], and

(2) **Petitioner's Motion for Leave to File Amended Petition and Supporting Brief** [Doc. #78].

The petitioner requests that Madeline S. Cohen of the Office of the Federal Public Defender for the District of Colorado be appointed to assist him in this matter. He further requests leave to file, on or before February 8, 2008, an amended petition and supporting brief to address is first and second claims.

IT IS ORDERED that the Motions are GRANTED.

Dated November 16, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge