IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 02-cv-01971-MSK-BNB | Date: January 29, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| WILLIAM R. BERG, | Madeline Cohen |
| Petitioner, | |
| v. | |
| PHIL FOSTER, Warden, ICIO<br>COLORADO ATTORNEY GENERAL, | John Seidel |
| Respondents. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    1:33 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Unopposed motion for production of state court record by petitioner filed December 4, 2007; Doc. 83 is denied as stated on the record.

**ORDERED:** Unopposed renewed motion for production of state court record and for extension of time to file amended petition and supporting brief filed January 8, 2008; Doc. 85 is denied as stated on the record.

Court in Recess    1:42 p.m.    Hearing concluded.

Total In-Court Time: 00:09