IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01971-MSK-BNB

WILLIAM R. BERG,

Petitioner,

v.

PHIL FOSTER, Warden ICIO and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

Respondents.
_____

# ORDER
_____

This matter is before me on the following motions filed by the petitioner (the "Motions"):

(1) **Unopposed Motion for Production of State Court Record** [Doc. #83, filed 12/4/07], and

(2) **Unopposed Renewed Motion for Production of State Court Record and for Extension of Time to File Amended Petition and Supporting Brief** [Doc. #85, filed 1/8/08].

The petitioner requests an order directing the Clerk of the Adams County District Court to transmit the petitioner's entire state-court record to this Court so that his counsel may review it prior to preparing an amended petition.[1] The petitioner further requests an extension of time to submit the amended petition.

IT IS ORDERED that the Motions are DENIED, subject to the petitioner resubmitting a request to have specific portions of the state-court record transmitted to this Court, if necessary.

---

[1] On November 16, 2007, the petitioner was granted leave to file an amended petition [Doc. #81].

After the petitioner has determined what portions of the record should be transmitted and the time required to accomplish that, he may seek additional time to file his amended petition.

Dated January 30, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge