IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01971-MSK-BNB

WILLIAM R. BERG,

Petitioner,

v.

PHIL FOSTER, Warden ICIO and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

Respondents.
_____

**ORDER**
_____

This matter is before me on the petitioner's **Second Unopposed Renewed Motion for Production of State Court Record and for Extension of Time to File Amended Petition and Supporting Brief** [Doc. #91, filed 2/12/08] (the "Motion"). The Motion is GRANTED.

The petitioner requests an order directing the Clerk of the Adams County District Court to transmit a certified copy of the petitioner's state-court record to this Court so that his counsel may review it prior to preparing an amended petition.[1] The petitioner further requests an extension of time until April 8, 2008, to submit the amended petition.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Adams County District Court shall provide to this Court a certified copy of the written record, including transcripts, of Case No. 96CR385, People v. William Berg.

---

[1] On November 16, 2007, the petitioner was granted leave to file an amended petition [Doc. #81].

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Adams County District Court by regular mail to the Adams County Justice Center, 1100 Judicial Center Drive, Brighton, Colorado 80601.

Dated February 15, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge