FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 02-cv-01971 CMA-BNB

WILLIAM BERG,

    Applicant,

vs.

PHIL FOSTER, Warden, I.C.I.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __9th__ day of November, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 02-cv-01971 CMA BNB

Adams County District Court
Adams County Justice Center
1100 Judicial Center Dr.
Brighton, CO 80601

Madeline S. Cohen - Office of the Federal Public Defender
**DELIVERED ELECTRONICALLY**

Barry Alan Schwartz - Public Defender's Office - Denver
**DELIVERED ELECTRONICALLY**

John S. Seidel - Colorado Attorney General's Office - Criminal Enforcement - Appellate
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __11/15/11__.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk